# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Clark McCarthy Healthcare Partner II ) | ASBCA No. 60260 |
| ) | |
| Under Contract No. W9126G-13-C-0004 ) | |

APPEARANCES FOR THE APPELLANT:  Kevin J. Gleeson, Esq.
　　Sullivan, Ward, Asher & Patton, P.C.
　　Southfield, MI

　　Harry Z. Rippeon III, Esq.
　　Smith, Currie & Hancock LLP
　　Atlanta, GA

APPEARANCES FOR THE GOVERNMENT:  Michael P. Goodman, Esq.
　　Engineer Chief Trial Attorney
　　Dawn-Carole Harris, Esq.
　　Engineer Trial Attorney
　　U.S. Army Engineer District, Fort Worth

## ORDER OF DISMISSAL

The appeal has been resolved amicably by the parties. Pursuant to their joint stipulation, it is dismissed from the Board's docket with prejudice.

Dated: April 22, 2019

_____
TERRENCES S. HARTMAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60260, Appeal of Clark McCarthy Healthcare Partners II, rendered in conformance with the Board's Charter.

Dated:

_____
JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals